**EXHIBIT A**

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | AUTHORITY |
| Code | po0121 |
| Status | Active |
| Adopted | September 12, 2011 |

## 0121 - **AUTHORITY**

The supervision of the public schools of this District shall be conducted by the Board of Education, hereinafter sometimes referred to as the "Board", which is constituted and governed by Code Title 33 of the Revised Code of the State of Ohio.

© **Neola 2007**