EXHIBIT F



Ben Bawidamann <bbawidamann@gmail.com>

## Notice of declaration To Northmont city schools
6 messages

**Ben Bawidamann** <bbawidamann@gmail.com>   Mon, Aug 23, 2021 at 12:27 AM
To: tthomas@northmontschools.net, lblum@northmontschools.net, kespeleta@northmontschools.net, twalker@northmontschools.net, jwoodie@northmontschools.net, cpulos@northmontschools.net, david.yost@ohioattorneygeneral.gov, Sally Moore <smoore@northmontschools.net>

Please see attached... Thank you.
David Yost... as Ohio's Attorney General, I Demand that you take immediate action to protect the Rights of Ohio's citizens.

--
Thanks,

Ben Bawidamann


**Declaration of Intent.pdf**
120K

---

**Tony Thomas** <tthomas@northmontschools.net>   Mon, Aug 23, 2021 at 2:08 PM
To: Ben Bawidamann <bbawidamann@gmail.com>

Mr. Bawidamann,

Are you interested in completing the attached form for your daughters?

Thank you,
Mr. Thomas
[Quoted text hidden]

--
Tony Thomas
Superintendent
Northmont City Schools
tthomas@northmontschools.net

---

*This email and any attachments contain information that is, or may be, covered by state/federal student privacy laws or electronic communication privacy laws and it may also be confidential and proprietary in nature. This email and any response to it may constitute a public record, and therefore may be made available upon request in accordance with Ohio's public records law (ORC 149.43).*

*If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error and then immediately delete it. Thank you in advance for your cooperation.*


**Mask Exemption Request.pdf**
27K

---

**Ben Bawidamann** <bbawidamann@gmail.com>   Tue, Aug 24, 2021 at 9:28 AM
To: Tony Thomas <tthomas@northmontschools.net>

Mr. Thomas,

My signing of this form could constitute a tacit acknowledgement of authority that neither you nor the board have to illegally enforce an unconstitutional declaration.

There are reasons our governor had no power to enforce this mandate. It appears that you, the school board, or both, have tried to assume that power.

I both reserve and assert my parental rights in this matter.

School districts don't have authority to issue laws of general applicability concerning health issues such as this. Please let me know what authority you are invoking, legal jurisdiction from which you, the board, or both, are acting, to usurp parental rights and restrict minors of their civil liberties, by mandating masks.

[Quoted text hidden]

--

Thanks,

Ben Bawidamann

---

**Tony Thomas** <tthomas@northmontschools.net>    Fri, Aug 27, 2021 at 9:13 AM
To: Ben Bawidamann <bbawidamann@gmail.com>, evyandkay@gmail.com

Ben Bawidamann and Jaime Schackmann :

I disagree with your claims that our District lacks the authority to require students to wear face coverings while in school. To date, no Ohio statute has been passed and no state or federal court has declared it illegal or unconstitutional for a school district to require its students to wear face coverings in school. Further, we are acting consistently with Governor DeWine's strong recommendation that all schools require students to wear masks in schools to protect the health and safety of fellow students and our staff.

There are several provisions in the Ohio Revised Code that provide school districts with the authority to adopt reasonable rules and regulations for the governance of students, employees, and other persons entering upon school grounds or premises. See R.C. 3313.20 and 3313.47. Requiring such individuals to wear a face-covering while in school, as a means to keep people safe during this pandemic, falls squarely within our authority to manage our schools.

Finally, we are requiring those who seek an exemption to our face coverings policy to complete our form seeking an exemption. You signing this form will not be an acknowledgment by you of our authority to require students to wear face coverings while in school. Rather, you are simply attesting that your child qualifies for a recognized exemption to wearing a face-covering in school. This is a requirement of the District, and your failure to complete and return this form will result in a continuing requirement that your children wear a face-covering in school during the time period in which face coverings will continue to be required. Your child's refusal to wear a face covering, in the absence of your child being approved for a recognized exemption, has forced the district to recommend the child(ren) referral to a remote learning environment. We do have confirmation of space available in the online format. More information can be shared if you are interested in this option.

Thank you,

Mr. Thomas

[Quoted text hidden]