Hello. I'm going to read something to you. It's something you should be familiar with, since you all swore an oath to support it. It's from article 1 in the Bill of Rights in the Constitution of the State of Ohio. Specifically Article 1, Section 21.

Entitled, Preservation of the freedom to choose healthcare.

**1.** No federal, state, or local law or rule shall compel, directly or indirectly, **any person** to participate in a healthcare system.
**"Compel"** includes the levying of penalties.

**"Penalty"** in this section is defined as any civil or criminal penalty established by law or rule by a government established, created, or controlled agency that is used to punish or discourage the exercise of rights protected under this section.

**"Health Care System"** as defined in this section means any public or private entity or program whose function or purpose **INCLUDES** the management of, processing of, enrollment of individuals for healthcare services, healthcare data, or healthcare information.

You are directly compelling the children and staff to wear face masks which are classified under the EUA as medical devices, and If a child K-6 child doesn't wear a mask, the penalty is that they can't come to school and are
banished to remote learning. You are directly compelling children to wear face masks on busses or penalizing them by barring access to school transportation.
You are Directly compelling US through our children to participate in contact traceing, with the penalty of being excluded form in person learning, even if asymptomatic , they can't come to school. Furthermore If a child doesn't get what essentially equates to a DNA/medical test, again, even if asymptomatic, they are excluded for an even longer period of time.

You have effectively created a healthcare system here in NCSD.
You compel our children to Dirrectly participate in this healthcare system levying penalties if

your rules are not followed., through medical data collection, temperature taking, contact tracing, Required testing to be able to reduce the time our children are excluded from school. which you refer to as quarantine.....

You are a government established, created, and controlled agency punishing and discouraging the exercise of rights protected under Article 1 Section 21, which happens to be the article that protects the choice of every parent in this school district.

To every parent in NCSD who would choose for their child something other than this mask mandate, the contact tracing, the quarantining of healthy children, and the testing to even return school, this is your protection. You can make that choice for your child today because the Bill of Rights of the Constitution of the State of Ohio says you can. You and your children do not have to comply.

You have all failed to uphold your oath to support the Constitution of the State of Ohio. You promised to do this and you have done the opposite. You have failed to act impartially toward the law as you promised. Instead, you sold our children out for money, You used this fraudulent situation in the disguise of health and safety, to justify stripping us of our rights and funnel in over 7 and a half million dollars. Because while it may only be forced masks now, it **WILL** be forced vaccinations soon to come if it's up to you.

this should serve as second formal notice to all of you that if you don't reverse this mask rule and conatact tracing immediately that you will ALL be served with a federal lawsuit, both as this board and each one of you
individually.