September 13, 2021

Good Evening Northmont Families,

We know news about COVID-19 and the Delta variant is received differently by people, but putting our differences aside I believe we can all agree having students in school is of the utmost importance. School districts and communities have always recognized the importance of attendance. We believe students learn best when they are in school.

As a result, Northmont will add one more layer of protection to the layered system of battling COVID - 19 illnesses and the resulting absences by requiring masking for students in grades 7-12 effective September 15, 2021. Our belief is that we need to do everything in our power to drive our attendance rates back to an acceptable level. Please contact the building front office if you have concerns.

We will continue to monitor the data available to make decisions and will reassess our protocols on a regular basis. We believe wearing masks is a safety measure that will meet our objective to reduce absenteeism and keep people safe. So to recap, all students, staff, and visitors will wear masks when in Northmont school buildings. We also look forward to the day when masks are no longer needed because from an educational standpoint masks create a barrier to learning and the social interaction we so enjoy fostering.

We can all agree that keeping students in school is an objective worth fighting for and so we ask the community to support the decision. **We will continue to monitor the number of cases and other recommendations from the medical community and adjust our protocols accordingly.**